IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| S & B 11915 WARFIELD, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-17-CA-705-FB |
| | § | |
| CONTINENTAL CASUALTY COMPANY and | § | |
| NATIONAL FIRE INSURANCE COMPANY | § | |
| OF HARTFORD, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE AND ENTRY OF FINAL JUDGMENT

Before the Court is the Agreed Motion to Dismiss filed by the parties on August 15, 2018 (docket #21). The parties advise they have reached a compromise of their claims and therefore ask, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that their case be dismissed with prejudice with costs taxed against the party incurring same. The Court finds the agreed motion to dismiss has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Agreed Motion to Dismiss with Prejudice (docket #21) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that all of plaintiff's claims against the defendants and this case are DISMISSED WITH PREJUDICE with costs taxed against the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 16th day of August, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE